LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Fax: 530-852-3969
Email: llblaw@sandpipernet.com

Attorney for Plaintiff
SHAWNEE THORNTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNEE THORNTON,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WALMART, INC., WALMART FACILITY #1575, and DOES 1 through 50, inclusive<br><br>　　　　　　　Defendants. | Case No.: 2:21-CV-00278-TLN-DMC<br><br>**STIPULATION TO DISMISS CLAIMS**<br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

**IT IS HEREBY STIPULATED** by and between WALMART, INC., WALMART FACILITY #1575; and Plaintiffs SHAWNEE THORNTON (altogether collectively, the "parties"); by and through their respective attorneys of record; that the above-captioned matter be dismissed with prejudice as to all claims, causes of action and parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); with the parties bearing their own attorneys' fees and costs.

-1-
**STIPULATION FOR 41 DISMISSAL & [PROPOSED] ORDER 2:20-cv-01427-WBS-DMC**

1  Dated: March 23, 2022                           LAW OFFICES OF LARRY L. BAUMBACH

2

3                                                 By:  */s/ Larry L. Baumbach*
                                                       Larry L. Baumbach
4                                                      *Attorney for Plaintiff*
                                                       *SHAWNEE THORNTON*
5

6

7

8

9

10 Dated: March 23, 2022                          LAW OFFICES OF LARRY L. BAUMBACH

11

12                                                By*: /s/ Dominique N. Thomas*
                                                       Dominique N. Thomas
13                                                     Kara L. Jassy
                                                       Attorney for Defendants
14                                                     WALMART, INC., WALMART
                                                       FACILITY #1575
15

16     Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I
17 obtained concurrence in the filing of this document from all of the above signatories.

18                                                LAW OFFICES OF LARRY L. BAUMBACH
   Dated: March 23, 2022
19

20                                                By:  */s/ Larry L. Baumbach*
                                                       Larry L. Baumbach
21                                                     Attorney for Plaintiffs
                                                       SHAWNEE THORNTON
22

23

24

25

26

27

28

-2-
**STIPULATION FOR 41 DISMISSAL & [PROPOSED] ORDER 2:20-cv-01427-WBS-DMC**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action and parties, with the parties bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

_____
HON. Troy L. Nunley
UNITED STATED DISTRICT JUDGE

**STIPULATION FOR 41 DISMISSAL & [PROPOSED] ORDER 2:20-cv-01427-WBS-DMC**